# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

JULIAN HERNANDEZ

FILED
2008 FEB 26 AM 9:30
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ YMA _____ DEPUTY

'08 MJ 0534

Magistrate's Case No. _____

| WARRANT ISSUED ON THE BASIS OF: | |
|---|---|
| __ Failure to Appear | __ Order of Court |
| __ Indictment | __ Information |
| X Complaint | |

WARRANT FOR ARREST

| TO: ANY U.S. MARSHAL OR OTHER AUTHORIZED OFFICER. | NAME AND ADDRESS OF PERSON TO BE ARRESTED: JULIAN HERNANDEZ |
|---|---|
| DISTRICT OF ARREST: Southern District of California | CITY OF ARREST: |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Escape from Federal Custody

DATE ARRESTED BY _____
STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY _____

RECEIVED 2008 FEB 22 A 5:10 U.S. MARSHAL DISTRICT OF

| IN VIOLATION OF | UNITED STATES CODE TITLE 18 | SECTION 751(a) |
|---|---|---|
| BAIL NO BAIL | OTHER CONDITIONS OF RELEASE | |
| ORDERED BY | WILLIAM McCURINE, JR. U.S. MAGISTRATE JUDGE | DATE ORDERED 2/22/2006 |
| CLERK OF COURT/U.S. MAGISTRATE   BY | | DATE ISSUED |

### RETURN
THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED PERSON

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE |
|---|---|---|
| DATE EXECUTED | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.

CLASS I 'A'          CASERTA