AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

**WAIVER OF INDICTMENT**

JULIAN HERNANDEZ

CASE NUMBER: _08CR931-BTM_

I, _JULIAN HERNANDEZ_, the above named defendant, who is accused of violating Title 18, U.S.C, Secs. 751(a) and 4082(a) - Escape From Federal Custody (Felony), being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _3-27-08_
                                                                                                                         Date
prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
JULIAN HERNANDEZ
Defendant

_____
RICARDO M. GONZALEZ
Counsel for Defendant

Before _____
JUDICIAL OFFICER

WMC:lml:3/12/08